FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOHANAD ELSHIEKY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:20-CV-00064-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 31. The motion was heard without oral argument. The parties ask the Court to dismiss the above-captioned matter with prejudice, and with each party to bear its own costs and fees.

//

//

//

//

//

//

//

//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 31, is **GRANTED**.

2. Pursuant to the parties' Stipulation, the above-captioned matter is **DISMISSED**, without prejudice and with each party to bear its own costs and fees.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 9th day of July 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**